FORM 5

UNITED STATES COURT OF INTERNATIONAL TRADE
INFORMATION STATEMENT

| PLAINTIFF: **INTERNATIONAL PET SUPPLIES AND DISTRIBUTION.** | PRECEDENCE |
|---|---|
| ATTORNEY (Name, Address, Telephone No.): <br> Barnes, Richardson & Colburn, LLP <br> 475 Park Avenue South <br> New York, New York 10016 <br><br> 212-725-0200 | If the action is to be given precedence under Rule 3(g), indicate the applicable paragraph of that section: <br><br> [ J (1) [ J (3) [ ] (5) <br><br> [ ; (2) [ ] (4) [ ] (6) |

CONSTITUTIONAL ISSUE – 28 U.S.C. § 255

If this action raises an issue of the constitutionality of an Act of Congress, a Proclamation

of the President or an Executive order, check this box: [ ]

J U R I S D I C T I O N

28 U S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. S 1515

[ ] Appraisa**l** [ X**] Classification** [] Charges or Exactions [ ] Vessel Repairs

[ ] Exclusion [ ] Liquidation [] Drawback

[ ] Refusal to Reliquidate [ ] Rate of Duty [ ] Redeliver

28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516

[ ] Appraisal [ ] Classification [ ] Rate of Duty

28 U.S.C. S 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C.

§1516a (Provide a brief description of the administrative determination you are contesting, including the relevant Federal Register citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.)

Subparagraph and Clause Agency

Federal Register Cite(s)

Product(s)

28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b

[ ] U.S. Secretary of Labor [ ] U.S. Secretary of Commerce [ ] U.S. Secretary of Agriculture

28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515

(Provide a brief statement of the final determination to be reviewed.)

28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)

Agency: [ ] U.S. International -Trade Commission [ ] Administering Authority

28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. 9 1499

[ ] Sec. 641(b) (2) [ ] Sec. 641(b) (3) [ J Sec. 641(c) (1) [ J Sec. 641(b) (5)

[ ] Sec. 641(c) (2) [ ] Sec. 641(d) (2) (B) [ ] Sec. 499(b)

(Continued on reverse side)

J U R I S D I C T I O N
(Continued)

| 28 U.S.C. | § 1581(h) – Ruling relating to: | |
|---|---|---|
| [ ] | Classification [ ] Valuation [ ] | Restricted Merchandise |
| [ ] | Rate of Duty [ ] Marking ] | Entry Requirements |
| [ ] | Drawbacks ( ] Vessel Repairs [ ] | Other: |

28 U.S.C.    § 1581(i) - (Cite any applicable statute and provide a brief statement describing jurisdictional basis)

28 U.S.C.    § 1582 – Actions Commenced by the United States
[ ]    (1) Recover civil penalty under Tariff Act of 1930:
       [ ] Sec. 592 [ ] Sec. 593A                              ( ] Sec. 641(b)(6)
       [ ] Sec. 641(d) (2) (A) [ ] Sec. 704(i) (2)             [ ] Sec. 734(i) (2)
[ ]    (2) Recover upon a bond
[ ]    (3) Recover customs duties

R E L A T E D C A S E....(S)....

To your knowledge, does this action involve a common question of law or fact with any other actions) previously decided or now pending

|  | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| [ ]Decided: |  |  |  |
| [X]Pending | Quaker Pet Group, LLC | 13-393 | N/A |

(Attach additional sheets, if necessary.)
(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007.)